## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Samuel Burgos-Rodriguez, et al

    Plaintiffs

       v.

Continental Central Credit, Inc., et al

    Defendants

Civil No. 22-1056(RAM)

### JUDGMENT

On July 23, 2024, the parties filed a Stipulation of Dismissal (Docket No. 59). In accordance with the Order entered today (Docket No. 60), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of July, 2024.

s/Raúl M. Arias-Marxuach
RAÚL M. ARIAS-MARXUACH
UNITED STATES DISTRICT JUDGE